### UNITED STATES of America, Plaintiff—Appellee,

v.

### Virgil Lee BLACK, Defendant— Appellant.

### No. 06–10578.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007 *.

Filed Dec. 28, 2007.

Linda C. Boone, Esq., Dyanne C. Greer, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donna Lee Elm, Esq., Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: GOODWIN, WALLACE and FISHER, Circuit Judges.

## MEMORANDUM **

Virgil Lee Black appeals from the sentence imposed following his guilty-plea conviction for simple assault on a child under sixteen, in violation of 18 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§§ 113(a)(5) and 1153. Black contends that the district court improperly imposed a condition of probation requiring him to register as a sex offender.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.